IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Yaseen A. Chowdhury

REC'D IN PRO SE OFFICE
AUG 26 '24 AM10:22

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Matteo Gaudio    MERCHANT, J.

BLOOM, M.J.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 26 2024 ★

BROOKLYN OFFICE

CV 24-5937

---

REC'D IN PRL SE OFFICE
AUG 26 '24 AM10:21

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

REC'D IN P J SE OFFICE
AUG 26 '24 AM10:21

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Yaseen A. Chowdhury
Street Address      64-06 35TH. Avenue
City and County     Woodside. Queens County
State and Zip Code  N.Y. 11377
Telephone Number    (347) 337-6699
E-mail Address      cunyacgraduate31@gmail.com

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                Matteo Gaudio
Job or Title        Police Detective
(if known)
Street Address      1655 Dutch Broadway
City and County     Elmont, Nassau County
State and Zip Code  N.Y. 11003
Telephone Number    (516) 573-6500
E-mail Address
(if known)

2

Defendant No. 2

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?



USC 1983 violation of basic civil rights through attempted police brutality, police verbal misconduct, and false arrest.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

14Th Amendment and general basic civil rights under USC 1983 of the Civil Rights Act.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please read additional attached pages.

4

**III.**   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

At my home address and at the fifth precinct of Nassau County.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

May 5, 2024

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please thoroughly read additional attachments against the Defendant.

5

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_They were emotional trauma._

## V.      Relief

State briefly what you want the court to do for you.  Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

_I would like to sue for $30,000 or more for violation of my basic civil rights & the 14th Amendment via police misconduct._

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 19, 2024.

Signature of Plaintiff _____

Printed Name of Plaintiff  Yaseen A. Chowdhury

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

**1.  Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. <u>You are required to furnish the correct name and address of each person</u> so that service of process upon each defendant can be made.

**2.  Contents:** The form should be fully completed.  It can be typewritten or handwritten.  It must be legible.  If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint.  You are required to state <u>facts</u>, such as the date and location of the events.  You need not make legal arguments or cite to cases.  The complaint must have an <u>original</u> (not photocopied) <u>signature</u> by each plaintiff.  The complaint need not be notarized.

**3.  Copies:** You must send the Court the original complaint and two exact copies (a complete set of three).  You should keep another copy for your records.  Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

**4.  Fee:**  The filing fee is **$405**, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person).  If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants.  Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action.

**5.  Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

**6.  Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or-a-partieular-eourt-requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that goven in the court where you are filing the pleading.

**7.  Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention:  Pro Se Office

Keep this page and a copy of the complaint for your records.  You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

rev. 12/3/2020



IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ AUG 26 2024 ☆

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT



BROOKLYN OFFICE

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

**1. Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. <u>You are required to furnish the correct name and address of each person</u> <u>so that service of process upon each defendant can be made.</u>

**2. Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state <u>facts</u>, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an <u>original</u> (not photocopied) <u>signature</u> by each plaintiff. The complaint need not be notarized.

**3. Copies:** You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

**4. Fee:** The filing fee is **$405**, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action.

**5. Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

**6. Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or-a-particular-court-requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that goven in the court where you are filing the pleading.

**7. Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention:  Pro Se Office

Keep this page and a copy of the complaint for your records. You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

rev. 12/3/2020

To Whom It May Concern,

My name is Yaseen A Chowdhury and I am a Sub- Teacher for the NYC Department of Education (please see attached). My file no. is 2643534. I am an educated man who holds a Bachelor of Arts (BA) in Political Science and History degree and many Master of Education credentials (please see following attachments). In essence, I am an educated man with civilized standards and believe in the fundamental principles of living a crime free life wholeheartedly. On the date of May 11, 2024, I was falsely and unjustly accused of being engaged in stalking in the fourth degree which is something I am truly not guilty of. On the date of April 27, 2024 my ex wife who is a psycho and a lunatic sent messages from a fake facebook account she created and utilized pictures from my facebook and this girl named Mariam Mujtabas facebook account. By the way Mariam Mujtaba was a friend (never intimate girlfriend) of mine who I only knew for a year of my freshmen year of high school and thereafter for my sophomore, junior, and senior year of high school I transferred to another school away from Mariam Mujtaba and have not seen nor been in touch with her for many years. In addition, my ex-wife known as Syeda, who wants to make my life miserable, sent pictures of my sexual organs and other inappropriate pornographic photos that we used to watch when we were a couple before we divorced. I once shared with my ex wife the girls I liked when I was younger in high school and college and one of whom was Mariam Mujtaba who was the only one she remembered and had access to her facebook account to send messages to her on facebook. My psycho ex wife also once filed a made up story incident report against me on January 12, 2023 in regards to a September 13,2022 incident (it is attached) she made up a story about me to a family court judge in her Erie County Family Court and a Buffalo Police precinct and thereafter retrieved a restraining order of protection (it is also attached) to be issued against me because of lies she cooked up about me

while I was on duty as a substitute teacher for the NYC Department of Education. If it was not a made-up story about me, then why would my ex wife report it after four months in her own version instead of reporting it as a 911 emergency at the time and setting of the September 13 occurrence? Does that not seem odd or suspicious? When she realized I could not get in trouble or arrested on her made up story about me after four months. My ex wife blackmailed me and she stated that if I do not pay her $500 she will call the cops from my county precinct and state that I broke the restraining order once issued unjustly on her behalf against me over a year ago and would be arrested for it. I told my ex-wife I did not have the money and she said she did not believe me. Henceforth, I told her she knows where I live I would leave my device with my bank checking account from my device app I did not have it and she can go through it and see for herself so I left it at a deli because I could not be seen in public or anywhere near my ex-wife in order to keep myself safe. She went through my device. Thereafter, I left my phone device with my online banking account app for Syeda to see I did not have the money and she does not know any of my contacts to send them any messages. However, while Syeda my crazy ex-wife had my device she sent screen shot selfies of me from my facebook and Mariam Mujtaba (the so called victim) from her facebook and sent porn movie screenshots that Syeda and I used to watch when we were a couple and pictures of my sex organs when Syeda and I were a couple to Mariam Mujtaba from my Instagram messenger app and a fake facebook messenger app by the name John Damien which Syeda my ex-wife created to sent them all to Mariam Mujtaba who reported all this to some detective of a Nassau County precinct and I am from the Queens, Woodside county. Thereafter, thanks to Syeda my crazy ex-wife who deleted all that she sent so I could essentially not see what was sent from my Instagram messenger for her to get me into this trouble. I did not initially know what she did then I had my local resident go in to that deli and

retrieve my device after she saw I did not have the money. I knew if she sent any messages to my contacts I would work it out and fix it with them. However, she sent it to some non- contact she found on social media and made it look like I did it. As a result of my psycho ex-wife's courses of actions from my Instagram messenger and the fake account she created, Mariam Mujtaba or the victim reported it against me to her local precinct. Thereafter a detective from that Nassau county precinct called me from a 516 Floral park number on May 8, 2024 during the evening and told me to come in on the night of May 10, 2024 where I would be held in custody at the precinct for the safety of Mariam because there was a complaint filed or reported against me because my ex wife deleted all the evidence from the sent part of my instagram so nothing could be traced back to her and everything could be traced to me or at least that is the way that Mariam Mujtaba girl and the detective from that precinct perceived it. There is no way I could prove my psycho ex did it from my device when I could not pay her the $500 she wanted from me. Henceforth, I was told that for Mariam Mujtaba's safety I have to come in and be held in the holding area for custody until the judge resolves it as the honest innocent man I know I am and if I did not come in then otherwise I would be arrested and simultaneously be criminally convicted with immediate jail time for attempting to flee as a criminal for nearly 10 years. In addition, the Detective Matteo Glaudio Sheild no. 1693 threatened me and said otherwise he would come to my school site and grab me and arrest me and blackmailed me with 10 years in prison. In other terminologies, he threatened to do police brutality on me for no reason, abused his authority, and displayed behavior above the law instead of enforcing it to protect and serve. I was going to report this to internal affairs and Nassau County Commissioner for unprofessionalism and attempted police brutality threats that no cop should engage in and bring it up to my lawyer. Such series of events that detective Glaudio engaged on the phone with me and my psycho ex

deleting all the evidence from my sent messages from my device to not be traced back to her was what occurred for Detective Glaudio to state on the doctrine Information to the court "…..oral statements made from the defendant to your deponent over deponents departmental cell phone which defendant stated in sum and substance, I did it I fucked up, as well as a Detective Investigation." Matteo did not state the cause that took place before then on how he blackmailed or threatened to come to my work site school and grab and arrest me. Henceforth, he omitted pertinent facts that is against the Police Officer Applicant Processing Division law of omitting pertinent facts and lie detector polygraph process to get investigated and processed to become a Police Officer in NYS for any county such as Nassau County where Matteo Gaudio is of the fifth precinct. In that case, Detective Matteo Glaudio omitted pertinent information on the documents to the courts which is prohibited under New York State all county law enforcement jurisdiction. Then when I came in and he held me in the holding area he refused to even consider my account of the linking cause of my ex being behind the whole message after he showed me from his device of all the things my psycho ex sent the victim Mariam Mujtaba but I could not see them from my device because she deleted them all from the sent portions of my account and the John Damien facebook account she created which I didn't know existed until after Detective Matteo Glaudio revealed to me from his device in where my psycho ex pretends to be someone else and say stuff like hahaha you really think a teacher like Yaseen who has a hot fiancé would send you pictures of his penis and porn all that was someone else and in the message as I read it from the John Damien fake account my psycho ex confessed that it was not me when I have a hot fiancé (who I have a full album with and can provide with evidence upon request if you guys would like) and that it was her without her revealing her true identity to Mariam Mujtaba. Matteo Glaudio refused to take account that my psycho ex did it all from my device because I would not

pay her $500 because she deleted any evidence from my device to be traced back to her so my psycho ex who wants to make my life a living hell made it ridiculous for Detective Matteo Glaudio to even believe my side of the story although I had evidence of the restraining order she retrieved based on the story my ex Syeda made up about me to the Buffalo Police precinct on January 12, 2023 in regards to her made up story of the incident that never was on September 13, 2022. In essence, these issues were the occurrence before Matteo Glaudio called me in to be held for Mariam Mujtaba safety and it's all ridiculous. In that case, I did not have a choice under the circumstances of what that detective told me. Thereafter 12 hours of being held in custody for a false accusation of stalking in the fourth degree (how can I be stalking someone at all in the Queens County and this person is from the Nassau county where I never have been it does not make any logical sense). In addition, Matteo Gaudio threatened me with 10 years of prison time if I did not come in. In essence, I  knew that was a lie as did the Civil Rights Attorney Jon Norisberg (who pointed me in the accurate direction to file this form with a detailed explanation of what happened please see attached screenshotted text message). As a teacher (holding a BA in Political Science) I am aware the only way someone can be charged with 10 years of jail time (that Detective Matteo Gaudio was falsely threatening to charge me for) is if they committed a severe first degree felony (i.e. rape in the first degree, assault in the first degree, murder in the first degree, strangulation, child abduction, and so forth). However, he was trying to and falsely did charge me with "Stalking in the fourth degree causing fear" because of inappropriate messages that were sent via my ex-wife. All this was from my social media accounts (my ex hacked) to the complainant (via Social Media) and then reported to him from my Social Media and the fraud made up social media accounts my ex created under fake names. Such aforementioned real felony crimes can only fall under the penalty of 10 years prison time and not

even the minor misdemeanor Matteo Gaudio was falsely charging me with. Detective Matteo Gaudio cannot determine charges for 10 years jail time because only a judge has the qualifications and lawful authority to determine this. Henceforth, Detective Matteo Gaudio abused his law enforcement authority like this via the phone and putting his position as a detective above the law of an attorney and even a judge. Numerous civil rights attorneys and judges such as Jon Norisberg agree he cannot put his law enforcement authority above the law in such manners. In that case, Detective Matteo Gaudio violated my civil rights under the Civil Rights Act USC 1983 not any distinctively than he did in Schroko v. Nadel case (please see attached) filed against him on May 20,2022. Detective Matteo Gaudio has a history of violating the civil rights of people of color using his law enforcement authority and a number of distinct civil rights lawyers have advised me I could sue under such a settlement for civil rights violation. Please look more deeply into all this and review my attachments. If you have any questions of concerns of any sort whatsoever please feel free to reach out to me via phone at 13473376699 or via email at cunyqcgraduate31@gmail.com.

Yours truly,

Yaseen A Chowdhury





## THE NEW YORK CITY
## DEPARTMENT OF EDUCATION



aseen A.
howdhury

tle/Description: Sub-Teacher

te Issued: 12/19/2019          46SUBT

 PhotoScan by Google Photos

Schroko v. Nadel et al 2:2022cv02981 | US District Court for the Eastern District of New York | Justia

# Schroko v. Nadel et al

| |
|---|
| Richard Schroko |
| P.O. Brian J. Nadel, P.O. Matteo A. Gaudio, P.O. Michael V. Bjornstad, County of Nassau and The County of Nassau |
| 2:2022cv02981 |
| May 20, 2022 |
| US District Court for the Eastern District of New York |
| Gary R Brown |
| Steven I Locke |
| Civil Rights: Other |
| 42 U.S.C. § 1983 Civil Rights Act |
| Plaintiff |

# Docket Report                                        RSS Track this Docket

This docket was last retrieved on July 6, 2022. A more recent docket listing may be available from PACER.

| Document Text |
|---|
| **Filing 10** INITIAL CONFERENCE ORDER: A Tele-Initial Conference is set for 8/23/2022 at 11:30 AM before Magistrate Judge Steven I. Locke. The parties should dial |

## Document Text

1-877-336-1829 and enter access code 3002871# at the prompt. Ordered by Magistrate Judge Steven I. Locke on 7/6/2022. (Attachments: #1 SIL Individual Rules, #2 Scheduling Order Worksheet) (Gandiosi, Kristin)

**Filing 9** ANSWER to #1 Complaint, by Michael V. Bjornstad, Matteo A. Gaudio, Brian J. Nadel, The County of Nassau. (Ali, Sheharyar)

**Filing 8** SUMMONS Returned Executed by Richard Schroko. The County of Nassau served on 6/2/2022, answer due 6/23/2022. (Levine, Alan)

**Filing 7** SUMMONS Returned Executed by Richard Schroko. Brian J. Nadel served on 6/2/2022, answer due 6/23/2022. (Levine, Alan)

**Filing 6** SUMMONS Returned Executed by Richard Schroko. Matteo A. Gaudio served on 6/2/2022, answer due 6/23/2022. (Levine, Alan)

**Filing 5** SUMMONS Returned Executed by Richard Schroko. Michael V. Bjornstad served on 6/2/2022, answer due 6/23/2022. (Levine, Alan)

**Filing 4** Summons Issued as to All Defendants. (Jakubowski, Laura)

**Filing 3** In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that if all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form may also be accessed at the following link: #http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. (Jakubowski, Laura)

**Filing 2** This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (Jakubowski, Laura)

Case Assigned to Judge Gary R. Brown and Magistrate Judge Steven I. Locke. Please download and review the Individual Practices of the assigned Judges, located on our

Case 1:24-cv-05937-OEM-CLK    Document 1    Filed 08/26/24    Page 20 of 28 PageID #: 20

| Document Text |
| --- |
| #website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Jakubowski, Laura) |
| **Filing 1**  COMPLAINT and Jury Trial Demand against Michael V. Bjornstad, The County of Nassau, Matteo A. Gaudio, Brian J. Nadel filing fee $ 402, receipt number ANYEDC-15586030 Was the Disclosure Statement on Civil Cover Sheet completed - YES,, filed by Richard Schroko. (Attachments: #1 Proposed Summons, #2 Civil Cover Sheet) (Levine, Alan) Modified on 5/23/2022 (Jakubowski, Laura). |

# Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the New York Eastern District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location
- Case Summary
- Docket Report
- History/Documents
- Parties
- Related Transactions
- Check Status

### Search for this case: Schroko v. Nadel et al

Search News  [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ]

Search Web  [ Unicourt | Legal Web | Google | Bing | Yahoo | Ask ]

### Plaintiff: Richard Schroko

Case 1:24-cv-05937-OEM-CHK    Document 1    Filed 08/26/24    Page 21 of 28 PageID #: 21

| Represented By: | Alan D. Levine |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Unicourt | Justia Dockets | Legal Web | Google | Bing | Yahoo | Ask ] |

## Defendant: P.O. Brian J. Nadel

| Represented By: | Sheharyar Ali, I |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Unicourt | Justia Dockets | Legal Web | Google | Bing | Yahoo | Ask ] |

## Defendant: P.O. Matteo A. Gaudio

| Represented By: | Sheharyar Ali, I |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Unicourt | Justia Dockets | Legal Web | Google | Bing | Yahoo | Ask ] |

## Defendant: P.O. Michael V. Bjornstad

| Represented By: | Sheharyar Ali, I |
|---|---|
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Unicourt | Justia Dockets | Legal Web | Google | Bing | Yahoo | Ask ] |

## Defendant: County of Nassau

| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
|---|---|

Case 1:24-cv-05937-QFM-CHK Document 1 Filed 08/26/24 Page 22 of 28 PageID #: 22

| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Unicourt | Justia Dockets | Legal Web | Google | Bing | Yahoo | Ask ] |

## Defendant: The County of Nassau

| Represented By: | Sheharyar Ali, I |
| Search News | [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ] |
| Search Finance | [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ] |
| Search Web | [ Unicourt | Justia Dockets | Legal Web | Google | Bing | Yahoo | Ask ] |

**Disclaimer:** Justia Dockets & Filings provides public litigation records from the federal appellate and district courts. These filings and docket sheets should not be considered findings of fact or liability, nor do they necessarily reflect the view of Justia.

## Why Is My Information Online?



**7:07**     📶 5G℃ 🔋

+1 (917) 405-8258 ›

I am sorry sir, I respect your wishes to speak to me. But I have many many things I am working on right now. So I'm asking you to provide a brief description of what happened. That means when did it happen? What is your claim against the police exactly? You give me a brief description of your case with actual facts, I can give you my opinion quickly

Ok he harassed me verbally and falsely accused me to then charge me with stalking in the fourth degree causing fear when it and threatened to do police brutality on me at my job site without evidence that proves I sent the complainant those inappropriate messages from my social media that my ex wife sent the complainant and he threatened me with 10 years jail time if I did not come in to be held for custody which is illegal because only felony crimes like assault rape on the first degree 1st degree murder and manslaughter would qualify for such threats of 10 years jail time not a minor false misdemeanor charge of stalking in the fourth degree without stalking at all and sending inappropriate messages via social media that I did not send my ex wife who has been trying to make my life a living hell sent but made it look like I did

7:08       .ıll 5G 🔋



+1 (917) 405-8258 >

Sir, under New York State law, you have 90 days to file a notice of claim with a municipality in order to preserve your legal rights. Have you filed a notice of claim already otherwise, claim New York State would be time-barred.

> I was trying to reach out to an attorney to help me out with that but they took a while to get back to me only to not take my case

The good news is that you still have the right to file a claim under federal law. The statute of limitations is three years.

Hence I would like to sue this police officer for his false charge and misconduct and civil rights violation

Via collaborating with an attorney who j keys the law better than him

Also this police officer I'm filing against has a history of civil rights violation and was fired in court for it such as the Schroko v Nadel case

Were you arrested? Did you spend time in jail? Were the charges dismissed? When did this happen??

Yes I was arrested and was held for 12 hours and the charges were dismissed it occurred on May 11,2024

Sir, under New York State law, you have 90 days to file a notice of claim with a municipality in order to preserve your legal rights. Have you filed a notice of claim already otherwise, claim New York State would be time-barred.

I was trying to reach out to an attorney to help me out with that but they took

 iMessage



7:08  ..ll 5G 🔋

+1 (917) 405-8258 ›

> What happens after I file it

> Am I gonna need attorney representation after I file it

> Also I know that if I want to sue for a false arrest I have a year before it's too late

Yes. You should get an attorney. You don't HAVE to have one. You can represent yourself. But you have a much better chance if you are represented by counsel.

> Can I get a free attorney from the legal aid bureau or does it have to be a private one I pay for

> So for the false arrest case would you be able to help me sue before the year deadline against this officer

Civil rights lawyers work on contingency. Meaning you pay nothing up front. They recover 33.3% of your settlement as their fee. I would not be able to assist you on this matter. But I am sure there are other attorneys who would. Please look up "civil rights attorneys long island" or something like that. I am sure you will get someone to take your case. Thanks



+ iMessage 🎤



**FROM:** Yaseen A. Chowdhury
64-06 35TH Avenue
Woodside, N.Y. 11377

**TO:** United States
District Court
Eastern District
of New York
225 Cadman Plaza
East, Brooklyn, N.Y.
11201



---

This package is made from post-consumer waste. Please recycle - again.

# UNITED STATES POSTAL SERVICE.

**Retail**

## PRIORITY® MAIL

**P**

### US POSTAGE PAID
**$9.85**

Origin: 11377
08/20/24
3528940030-15

**PRIORITY MAIL®**

1 Lb 2.30 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 08/22/24

C030

SHIP
TO:
225 CADMAN PLZ E
BROOKLYN NY 11201-1832



**USPS TRACKING® #**



9505 5143 6820 4233 4646 53

- Expec...
- Dome...
- USPS...
- Limite...
- When...

*Insurance...
Domestic M...

** See Inter...

...apply).*

...ternational destinations.

...quired.

...tations of coverage.

...schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FLAT...E ENVELOPE**
ONE RA...

**TRAC...**



PS...0001000014   EP14F October 2023

how2recycle.info
**PAPER POUCH**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. EP14F © U.S. Postal Service; October 2023; All rights reserved. This package is not for resale. Misuses may be a violation of federal law.

POSTAL SERVICE® **MAIL**

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 2 6 2024 ☆

BROOKLYN OFFICE

# TRACKED ■ INSURED



PS0000100014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.